**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| Ryshawn Lust, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 20-cv-114 |
| | ) |
| Dr. Khan and Dr. Anderson, | ) Hon. Judge Rebecca R. Pallmeyer |
| | ) Mag. Judge Gabriel A. Fuentes |
| Defendants. | ) |

**PARTIES' JOINT MOTION TO SUBSTITUTE PARTY PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 25(d)**

Plaintiff Ryshawn Lust, and Defendant, Fauzia Khan, by her attorney, KIMBERLY M. FOXX, Cook County State's Attorney, through her assistant, MIGUEL E. LARIOS, for the Parties' Joint Motion to Substitute Party as follows:

1. The parties have reached a settlement agreement in this matter.

2. Defendant Khan is an employee of Cook County.

3. Cook County is the indemnitor for Defendant Khan in this matter.

4. Pursuant to Federal Rule of Civil Procedure 25(d), the parties seek to substitute Cook County's appearance for the appearance of Defendant Fauzia Khan in this matter for purposes of indemnification and settlement.

5. Once this order is granted, the parties will sign the appropriate settlement documentation and enter a stipulation of dismissal.

WHEREFORE, the parties pray that this Court enters an Order: (1) substituting Cook County for Fauzia Khan; (2) dismissing Fauzia Khan with prejudice; and (3) for any other relief this Court deems just and appropriate.

Dated: October 6, 2021　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　KIMBERLY M. FOXX
　　　　　　　　　　　　　　　　　　　　　State's Attorney of Cook County
　　　　　　　　　　　　　　　By:　　　/s/*Miguel E. Larios*
　　　　　　　　　　　　　　　　　　　　　Miguel E. Larios
　　　　　　　　　　　　　　　　　　　　　Assistant State's Attorney
　　　　　　　　　　　　　　　　　　　　　Conflicts Counsel Unit
　　　　　　　　　　　　　　　　　　　　　Cook County State's Attorney's Office
　　　　　　　　　　　　　　　　　　　　　50 W. Washington, Suite 2760
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　　(312) 603-1427